United States District Court
Middle District of Florida
Jacksonville Division

**CAROL GIBBS ET AL.**,

    *Plaintiffs,*

V.                                                            **NO. 3:24-CV-206-HES-PDB**

**DOLGENCORP, LLC, ETC.**,

    *Defendants.*

___

# Order

The plaintiffs' disclosure statement, Doc. 11, fails to comply with Federal Rule of Civil Procedure 7.1, Local Rule 1.08, and Local Rule 3.03. The Court's approved disclosure statement form is in the "forms" section of the Court's website, www.flmd.uscourts.gov. The Court **strikes** the disclosure statement, Doc. 11, for failure to comply with the rules. By **March 22, 2024**, the plaintiffs must file a disclosure statement that complies with the rules. Continued failure to comply with the rules may result in sanctions, including dismissal.

**Ordered** in Jacksonville, Florida, on March 7, 2024.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*